Jack HILL, Sr. and Cheryl Hill, Individually, and as Co-Administrators of the Estate of Jack Hill, Jr., Deceased

v.

SLIPPERY ROCK UNIVERSITY; Slippery Rock University McLachlan Student Health Center; Laura A. Bateman, CRNP; The National Collegiate Athletic Association "N.C.A.A."

Petition of: The National Collegiate Athletic Association "N.C.A.A."

No. 308 WAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

David Carl IMHOFF, Petitioner

No. 291 WAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania, Respondent

v.

Christopher Wayne GHRIST, Petitioner

No. 313 WAL 2016

Supreme Court of Pennsylvania.

January 4, 2017

## ORDER

PER CURIAM

AND NOW, this 4th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.